IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVESTER EKWUNIFE, | : | CIVIL ACTION |
| | : | NO. 16-0148 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **24th** day of **March, 2017**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.   Defendants District Attorney R. Seth Williams and Former Assistant District Attorney Heba Gore's Motion to Dismiss (ECF No. 34) is **GRANTED**;

2.   Defendant City of Philadelphia's Motion to Dismiss (ECF No. 35) is **GRANTED**;[1] and

3.   Plaintiff's Fourth Amended Complaint (ECF No. 32) is **DISMISSED with prejudice** as to Defendants City of Philadelphia, R. Seth Williams, and Heba Gore.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1] Defendants Police Detective Laura Hammond and Police Officer Joseph T. Carter did not move to dismiss the claims against them.