

### Philadelphia Children's Alliance

42 South 15th Street, 3rd Floor
Philadelphia, PA 19102
(215) 387-9500



## FORENSIC INTERVIEW SUMMARY

**CLIENT INFORMATION**

| NAME | Karizma Rosario | | |
|---|---|---|---|
| DATE OF BIRTH | 3/14/00 | AGE | 11 |
| CURRENT GUARDIAN | Sharon McFayden – Biological Mother | | |
| ADDRESS w/ zip code | 1941 E Somerset Street<br>Philadelphia, PA 19134 | | |
| PHONE NUMBER | No Phone Number | | |

**ALLEGED PERPETRATOR**

| NAME | Sylvester Ekwuife | DOB | 8/25/57 |
|---|---|---|---|
| RELATIONSHIP TO CHILD | Paternal Step-Grandfather | | |
| ADDRESS/ZIP/PHONE | 57 N 57th Street<br>Philadelphia, PA 19139<br>(267) 506-4060 | | |

**INTERVIEW INFORMATION**

| DATE OF INTERVIEW(S) | 12/21/11 |
|---|---|

| NAME | AGENCY | PHONE | FAX |
|---|---|---|---|
| Colleen Getz | PCA | (215) 387-9500 | (215) 387-9513 |
| | | (215) 685-3268 | (215) 685-3274 |




**Philadelphia Children's Alliance**
42 South 15th Street, 3rd Floor
Philadelphia, PA 19102
(215) 387-9500

# FORENSIC INTERVIEW SUMMARY

### CLIENT INFORMATION

| | |
|---|---|
| NAME | Karizma Rosario |
| DATE OF BIRTH | 3/14/00 |
| CURRENT GUARDIAN | Sharon McFayden – Biological Mother |
| AGE | 11 |
| ADDRESS w/ zip code | 1941 E Somerset Street, Philadelphia, PA 19134 |
| PHONE NUMBER | No Phone Number |

### ALLEGED PERPETRATOR

| | |
|---|---|
| NAME | Sylvester Ekwuife |
| RELATIONSHIP TO CHILD | Paternal Step-Grandfather |
| DOB | 8/25/57 |
| ADDRESS/ZIP/PHONE | 57 N 57th Street, Philadelphia, PA 19139, (267) 506-4060 |

### INTERVIEW INFORMATION

| DATE OF INTERVIEW(S) | 12/21/11 |
|---|---|

| NAME | AGENCY | PHONE | FAX |
|---|---|---|---|
| Colleen Getz | PCA | (215) 387-9500 | (215) 387-9513 |
| Detective Kim Boston (sitting in as a courtesy for the assigned SVU Investigator Detective Laura Hammond) | CAU | (215) 685-3268 | (215) 685-3274 |
| Melissa Hampton | DHS-MDT Unit | (215) 683-5554 | (215) 683-5599 |

| NAME | RELATIONSHIP TO CHILD |
|---|---|
| Detective Kim Boston | CAU Detective |
| Melissa Hampton | DHS Investigator |
| Sharon McFayden | Biological Mother |
| Karizma Rosario | Child |

| NAME | AGENCY | PHONE |
|---|---|---|
| Detective Laura Hammond | SVU – Line Squad | (215) 685-3251 |

**Karizma Rosario**

ALLEGATION(S):

On 12/4/11, the following CPS report was made to the DHS Hotline by Theresa Brick, staff member at St. Christopher's Hospital (215-427-5000):

"Case active with SWSM M. Ervins and SWS V. Ganges. Childline number; 51-175082. No priors per Jennifer Miller of Childline. What is the extent of the alleged maltreatment? Karizma has disclosed to the reporter that 3 years ago when she would visit father and the paternal grandparents, grandfather would have anal and vaginal sex with her. What are the circumstances surrounding the alleged maltreatment? Reportedly Karizma would visit the father and paternal grandfather on the weekends. What is the adult funciotning? Mother reportedly ended the visitations due to father's substance abuse. The incidents allegedly occurred at the paternal grandparents previous address at 54 south 54th street. The grandparent's and father's current whereabouts are unknown. Mother has a history of depression and bipolar disorder. What is the children's functioning? Karizma has had no contact with the a/p or father in 3 years since the abuse. What are the general parenting practices? The reporter did not have this information. What are the disciplinary practices? The reporter did not have this information. Information from other sources? This report has been conferenced with hotline supervisor Felina Gustafson."

**NOTE:** The above CPS report states that AP's previous address was 54 S 54th Street; however, DHS stated in the PCA process that AP's previous address was 541 E Luray Street, Philadelphia, PA 19120.

## CAREGIVER INTERVIEW

Ms. McFayden reported that she lived with AP from 1997 until 2002, when Karizma was 2 years old. Ms. McFayden reported that after they moved, Karizma and her siblings, Chrism (12 years old), Seven (9 years old), and Trinity (6 years old) still visited with AP nearly every weekend. Ms. McFayden stated that 4-5 years ago, AP babysat Karizma, Chrism, and Trinity about once or twice per month, but Ms. McFayden did not specify if AP babysat at her house or AP's home. Ms. McFayden reported that Karizma last stayed the night at AP's house 5 years ago, but Ms. McFayden noted that in 2009-2010, she rented a house from AP and AP came by. Ms. McFayden initially stated that there was no real interaction between Karizma and AP during this time, but later said that AP visited with Karizma in 2009-2010, so the extent of AP's contact with Karizma during this time is unclear. Ms. McFayden reported that Karizma did not talk much about her visits with AP, but Karizma told her that her paternal grandmother, Daphne, would call Karizma to her and AP's room and then Daphne would leave to make coffee, go to the bathroom, or do other things.

Ms. McFayden reported that she learned about the current allegations on 12/3/11 when Karizma woke her in the middle of the night and said that she was having nightmares and needed to talk to Ms. McFayden. Ms. McFayden reported that Karizma told her that AP touched her "down there," seemingly referring to her vaginal area, and that AP put his "thing," seemingly referring to AP's penis area, in her. Ms. McFayden reported that she asked Karizma questions such as when the alleged abuse occurred and why it occurred, but Ms. McFayden noted that Karizma said she did not want to talk about it, she just wanted to tell her what happened. Ms. McFayden reported that she told Karizma that she would take her to the doctor the next day for an examination, and that Karizma seemed nervous and asked her questions about the exam; however, Ms. McFayden did not clarify what Karizma's questions were.

Ms. McFayden reported that on 12/4/11, she took Karizma to St. Christopher's Hospital Emergency Room. Ms. McFayden reported that Karizma was examined, and that she was told by someone at the hospital that there were no signs of physical trauma. Ms. McFayden noted that she was told by someone at the hospital to contact the Child Protection Program at St. Christopher's Hospital for a follow-up appointment, but she was unable to do so because she does not have a telephone.

Ms. McFayden reported that she has not spoken with AP about the current allegations because she was afraid AP would "disappear" if he knew what Karizma said. Ms. McFayden reported that she asked her other children, Chrism, Seven, Trinity, Jocella (5 years old), and Hector (1 year old), if anyone ever touched them or bathed them in a way that made them feel uncomfortable, and that all of the children said, "No."

Ms. McFayden stated that Karizma did not discuss the current allegations with her again after 12/3/11, and

Karizma Rosario

> that Karizma has not disclosed any alleged touching by someone other than AP. Ms. McFayden noted that the morning of her PCA interview, Karizma told Ms. McFayden that she did not want to talk about the current allegations today. Ms. McFayden reported that Karizma said she did not want Ms. McFayden to "kill" AP, which Ms. McFayden explained was due to her previous statements to Karizma and her other children that she would "kill" someone if they hurt any of the children. Ms. McFayden did not specify her response to Karizma's stated concern.

## CHILD INTERVIEW

**CHILD INTERVIEW**

| INTERVIEWER(S) | Colleen Getz, PCA |
| OBSERVER(S) | Detective Kim Boston, CAU |
| | Melissa Hampton, DHS |
| DATE, TIME, LOCATION | 12/21/11, 10:33am-11:39am, PCA Interview Room |

For a complete representation of this child's statement, please view the DVD recording of the interview.

## INTERVIEW IMPRESSIONS

**BEHAVIOR**

**Activity Level**
- ☒ Withdrawn
- ☐ Normal
- ☐ Hyperactive
- ☐ Extremely Hyperactive
- ☐ Other: _____

**Attentiveness**
- ☒ Attentive
- ☐ Easily distracted
- ☐ Unable to pay attention
- ☐ Can be redirected
- ☐ Cannot be redirected
- ☐ Other: _____

**Developmental Level**
- ☐ Below normal for age
- ☒ Normal for age
- ☐ Above normal for age
- ☐ Signs of delay (i.e. speech, etc.)
- ☐ Other: _____

**Verbalizations**
- ☒ Easy to understand
- ☐ Difficult to understand
- ☐ Incoherent responses

Karizma Rosario

- ☒ Narrative responses
- ☐ Non-verbal responses
- ☐ One- to two-word responses
- ☐ Limited verbal responses
- ☐ Responses not congruent with the questions asked

## CLINICAL
### Emotional State

☒ Anxious – Karizma reported that she did not want to talk about the current allegations. Karizma said her stomach "hurted" and that it always hurts when she talks about the current allegations.

- ☐ Calm
- ☐ Friendly
- ☐ Resistant
- ☐ Hostile
- ☐ Distrustful
- ☒ Shy
- ☒ Sad
- ☐ Other: _____

Note any changes in emotional state or behavior: _____

## FORENSIC IMPRESSIONS

### Truth and Lie/Real or Pretend

- ☒ Able to demonstrate
- ☐ Unable to demonstrate
- ☐ Inconsistent in demonstrations
- ☒ Acknowledged the negative repercussions of lying
- ☒ Agrees to tell the truth
- ☐ Competency not formally assessed

Reason: _____

### Ability to identify private parts

- ☐ Unable to
- ☒ Able to
- ☒ By pointing
- ☒ By name
- ☒ On drawing

Names provided:   Female: "chest" for the chest area, "cookie" for the vaginal area, and "butt" for the butt area
Male: "penis" for the penis area

## ALLEGATIONS

### Ability to identify AP #1

*Philadelphia Children's Alliance: Summary Report (rev March '11)*    Page 4 of 8

### Karizma Rosario

- ☐ Unable to
- ☒ Able to
- ☒ By name
- ☒ By relationship
- ☐ By appearance

**AP #1**    Sylvester Ekwunife

### AP #1 Disclosure

- ☒ Yes
- ☐ No
- ☐ Partial
- ☐ Recantation
- ☐ Unable to provide statement
- ☐ No indication abuse was ever disclosed in the past
- ☐ Disclosure of abuse not previous listed

### AP #1 Details

| | | |
|---|---|---|
| ☒ | Who | "Pop pop," Sylvester Ekwunife |
| ☒ | What | Put hand and fingers inside Karizma's "cookie" and "butt" more than one time; Put "penis" in Karizma's "butt" more than one time; AP was holding Karizma with both arms around her and was moving his body back and forth; Put his "penis" in Karizma's "cookie" more than one time and was moving back and forth; Tried to put his tongue in Karizma's mouth; "Squeezed" Karizma's "chest" with his hands |
| ☒ | When | Karizma said she thinks she was 3 years old or 4 years old |
| ☒ | Where | On the bed in Nana's room at Nana's house |
| ☒ | Other: | Karizma said she felt a chill and it "felt weird" when AP put his hand in her pants and it "hurted" when AP put his fingers in her "butt." Karizma said she said, "Ow" because "it really hurted" and she tried to push AP away, but AP smacked her with his hand. Karizma said she bit AP when he tried to put his tongue in her mouth and AP punched her arm. Karizma said she kept telling AP to stop. Karizma stated that she said, "Ow" when AP put his "penis" in her "butt" because it "hurted." Karizma said she tried to move when AP put his "penis" in her "butt." Karizma said that when AP was done putting his "penis" in her "butt," it was "wet" on her pants. Karizma said she told "mommy" because she kept having bad dreams about it, and that she felt scared and her stomach "hurted" when she told "mommy." Karizma said AP told her she "can't tell nobody" because if she did he would kill her and AP said, "Don't tell nobody" because if she told "Nana won't be happy no more and she'll be all by herself" because Nana would not have a husband. Karizma said she thinks AP "did it" to Shamika because Shamika came out of AP's room crying and had scratches on her arm, but Karizma said it looked like someone was hitting Shamika because she had bruises on her. |

### Forensic Impressions (Things to consider when evaluating the child's statement):

- ☒ PCA statement consistent with prior statements – Karizma's statement during her PCA interview was consistent with what DHS and Ms. McFayden reported that Karizma told them.
- ☐ PCA statement inconsistent with prior statements
- ☒ Possible motive to fabricate or exaggerate – DHS reported that Karizma's father, Daniel Rosario, told her that Ms. McFayden coaches Karizma and her other children to say things in order to get her way, and that Karizma tells stories to get attention. DHS did not specify why Mr. Rosario believes this information. Karizma did not appear to have a

Karizma Rosario

motivation to fabricate or exaggerate the current allegations during her PCA interview and did not seem to display signs of coaching.

☒ Possibly withholding information – Karizma reported that she did not want to talk about the current allegations and that she does not like talking about the current allegations because it is "nasty." The possibility that Karizma was withholding information during her PCA interview should be considered.

☐ Coaching concerns

☐ Concerns that statement was influenced by other individuals

☐ Concerns about contamination due to recent contact with AP

☒ Provided sensory details – Karizma reported that it "felt weird" when AP put his hand in her pants and it "hurted" when AP put his fingers in her "butt." Karizma stated that AP's fingers were moving when he put his fingers in her "cookie" and "butt," and that AP's body was "moving back and forth" when AP put his "penis" in her "cookie" and "butt." Karizma said it "hurted" when AP put his "penis" in her "butt."

☐ Possibly touching in caretaking capacity

☐ Touching may not be for the purposes of sexual gratification

☐ Possible exposure to sexualized behavior/materials

☐ May be unable to clearly disclose abuse

☐ Multiple prior interviews

☐ No indication child has ever disclosed abuse

☐ Statements made with no/minimal clarification

☐ Other: _____

## POST-INTERVIEW

**TEAM PLAN OF ACTION**

The DHS investigation will continue. DHS should consider looking into Karizma's statement that she thinks AP "did it" to Shamika, who DHS identified as AP's daughter.

The police investigation will continue. Detecitve Boston should consider looking into Karizma's statement that she thinks AP "did it" to Shamika.

**FOR CHILD(REN)**

**MENTAL HEALTH TREATMENT**

☒ Child already receives mental health services:

_Ms. McFayden reported that Karizma attends individual therapy at COMAR_

☒ Team recommends mental health services

☒ Individual

☒ Trauma focused

☐ General

☐ Family

☐ Other

Karizma Rosario

- ☐ Support group
- ☐ PCA group

Provider: __Children's Crisis Treatment Center__

☐ No mental health treatment recommended at this time

## MEDICAL EXAMINATION

☒ Child already had a medical exam

Date of medical: __12/4/11__   Provider: __St. Christopher's Hosptial Emergency Room__

Physician: _____

☒ Team recommends a follow-up exam

Provider: __St. Christopher's Hospital Child Protection Program__

☐ Team recommends an initial medical exam

Provider: _____

☐ No medical exam recommended at this time

## OTHER SERVICES

☒ Court school (If case progresses to prosecution)
☒ Court accompaniment (If case progresses to prosecution)
☐ Psychosexual evaluation
☐ Educational evaluation
☐ Developmental evaluation
☐ Other evaluation/service: _____
☐ No other services are recommended at this time

## FOR CAREGIVERS

☐ Caregiver already receives mental health treatment: _____

☐ Team recommends mental health services
- ☐ Individual
- ☐ Trauma focused
- ☐ General
- ☐ Family
- ☐ Other
- ☐ Support group
- ☐ PCA group

Provider: _____

☒ No mental health treatment recommended for caregiver(s) at this time

## OTHER SOCIAL SERVICES

☐ Parenting classes
☐ Community-based services

Karizma Rosario

☐ Other: _____
☒ None

ADDITIONAL RECOMMENDATIONS

| PREPARED BY | Colleen Getz, MSW |
| POSITION | Forensic Interview Specialist |
| SIGNATURE | *[signature]* |
| DATE | 1/30/12 |
| EDITOR SIGNATURE | Denise M. Wilson |