| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT SPECIAL VICTIMS UNIT | CASE# |
|---|---|---|
| | | INTERVIEWER: DET. L. HAMMOND #7611 |

**NAME**: Sharon McFayden
**AGE**: 32
**RACE/SEX**: W/F
**DOB**: 5/8/79
**ADDRESS**: 1941 E. Sommerset St. Phila. PA 19134
**APT#**:
**PHONE#**: 267536-4366(cell)
**NAME OF EMPLOYER / SCHOOL**: Unemployed
**SS#**: 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
**ADDRESS OF EMPLOYER / SCHOOL**:
**PHONE#**:

**DATES OF PLANNED VACATION / BUSINESS TRIPS**:

**NAME OF CLOSE RELATIVE**:
**RELATIONSHIP**:
**ADDRESS OF RELATIVE**:
**PHONE#**:

**PLACE OF INTERVIEW**: SVU
**BROUGHT IN BY**: Walk-In
**WE ARE QUESTIONING YOU CONCERNING**:
**DATE**: 1/28/12  **TIME**: 1:30pm
**DATE**: 12/28/12  **TIME**: 1:15pm

**WARNINGS GIVEN BY**:
**DATE**: **TIME**:

**ANSWERS**: (1) (2) (3) (4) (5) (6) (7)

Q. Can you tell me in your own words what occurred that prompted you to contact police.
A. She told me tha t she was having dreams, that she couldn't get it off her mind. She said if she tell me than it could get off of her mind and she could sleep. I asked her what was wrong. At first she said she don't want to tell me. I just said you can tell me. She just said that her poppop put his hands down her pants and stuck his fingers in her. I said who, and she said poppop and she said her dad's step-father. Then I was like just go back to sleep and I will take you to the hospital in the morning. I was asking her so many questions, she was starting to get confused. I just said go back to sleep and we can go to the hospital in the morning, cause you need to be checked out.

Q. When did you daughter give you this information.
A. I don't remember the date. I know we went to the hospital the next day. I know it was on a Saturday.

Q. What time was it that your daughter told you this information.
A. She told me like 3:00am

Q. Was anyone in the room with her when she told you this information.
A. Just me and the baby. She came down to the kitchen, I remember he woke up and she followed me down and she told them then.

Q. What hospital did you take her too.
A. St. Christopher's Hosptial

Q. What were you told at St. Christopher's Hospital.
A. That they didn't see anything, but she was saying everything that happened to her. And, that cause it was so many years before, that she may have healed up by now.

Q. How many years ago did she say that happened.
A. She said the last time she went to their house, so it was a least about 4 or 5 years ago.

Q. Why haven't she had contact with the family in the past 4 or 5 years.
A. Because her father got out of jail, and I don't want them around the children. But they think it's ok......

Q. Did you talk to her father about the incident.

**RECORD**: YES  NO  **CHECKED BY**:
**REVIEWED BY**: S McFayden
75-483

A. No, he knows what happened though, cause when we went to court with DHS they told him what happened. I don't know what his reaction was to what they said.

Q. When did you go to court about this matter.
A. I didn't go to court for this. I went to get back custody of my other child, that lives with her Aunt.

Q. Who is the person that your daughter said did this to her.
A. Her grand-father, well her step grand-father. His name is Sylvester Ekwunife, I know he is probably in his 60's, I know it's 54 and on 54the St. ( don't know if it is north or south 54th St).

Q. What else do you know about Sylvester.
A. He use to be a cab driver, but now he works under the table with construction. He is illegal, but then he got legal cause he married two women here.

Q. Has you daughter had any contact with Sylvester since she disclosed this allegation to you.
A. UmUm, none at all

Q. Is there anything else you wish to add that you feel is important.
A. UmUm

| SIGNATURE OF INTERVIEWEE | DATE: |
|---|---|
| S. McFayden | 1/28/12 |
| 75-483 CONTINUATION | |