IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVESTER EKWUNIFE, | : | CIVIL ACTION |
| | : | NO. 16-0148 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **11th** day of **December, 2017**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants Joseph T. Carter and Laura Hammond's First Motion for Summary Judgment (ECF No. 47) is **GRANTED.**

2. The Clerk of Court shall mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**